# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Lisa Krause**

       Plaintiff

vs.                      **CASE NUMBER: 6:17-cv-1045 (DNH/ATB)**

**Greg Kelahan,**
**Oriskany Central School District,**
**Oriskany Central School District Board of Education**

       Defendants

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that Plaintiff Lisa Krause's motion for attorneys fees is GRANTED in part and DENIED in part; Plaintiff Lisa Krause may recover $130,186.31 in attorneys fees and expenses in addition to the $484,456.00 verdict. The Clerk of Court is directed to enter a second judgment in the sum of $130,186.31.

All of the above pursuant to the order of the Honorable David N. Hurd, dated the 2nd day of February, 2022.

DATED: February 2, 2022

                                         *John Domurad*
                                         Clerk of Court

                                         s/Kathy Rogers
                                         Deputy Clerk