UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**LISA KRAUSE,**

                Plaintiff,

  -v-

**GREG KELAHAN, SUPERINTENDENT OF SCHOOLS, ORISKANY CENTRAL SCHOOL DISTRICT; ORISKANY CENTRAL SCHOOL DISTRICT; and ORISKANY CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION,**

                Defendants.

**NOTICE OF APPEAL**

Civil Action No: 6:17-CV-01045 (DNH/ATB)

      **PLEASE TAKE NOTICE**, that Defendants Greg Kelahan, Oriskany Central School District ("District"), and Oriskany Central School District Board of Education ("Board") hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order and the Judgment of the United States District Court for the Northern District of New York entered in this action on the 2nd day of February, 2022 (Dkt. Nos. 194 and 195).

Date:  February 10, 2022
       East Syracuse, New York

Respectfully submitted,

By:  <u>Charles C. Spagnoli</u>
**CHARLES C. SPAGNOLI, ESQ.**
Bar Roll No.: 507694
*Attorneys for Defendants*
Office and Post Office Address:
6575 Kirkville Road
East Syracuse, New York 13057
Telephone: (315) 234-9900
Facsimile: (315) 234-9908
cspagnoli@fwmillerlawfirm.com